IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CENTIMARK CORPORATION, )
    Plaintiff, )
)
v. ) Civil Action No. 07-342
)
MICHAEL SAFFOLD, )
    Defendant. )

## ORDER

AND NOW this 20th day of July, 2007, upon consideration of defendant's consented motion to reschedule Local Rule 16.1 scheduling conference and for leave to appear telephonically [document #35], IS HEREBY ORDERED that the motion is GRANTED. The initial scheduling conference in this matter will now be held on Tuesday, July 31, 2007 at 3 p.m.. The conference will now be held by telephone and the Court will initiate the conference call. Counsel shall contact chambers and provide their direct dial telephone numbers for the conference's rescheduled date and time

BY THE COURT:

s/Gary L. Lancaster , J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: all parties of record